**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 17 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTIAN RODRIGUEZ, individually and a class representatives; ALBERTO CAZAREZ, individually and a class representatives, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> CITY OF LOS ANGELES; CARMEN ANTHONY TRUTANICH; CHARLES BECK; ALLAN NADIR; ANGEL GOMEZ, <br><br> Defendants - Appellants. | No. 13-55467 <br><br> D.C. No. 2:11-cv-01135-DMG-JEM <br><br><br> ORDER* |

Appeal from the United States District Court
for the Central District of California
Dolly M. Gee, District Judge, Presiding

Argued and Submitted November 4, 2013
Pasadena, California

Before: McKEOWN, GOULD, and BYBEE, Circuit Judges.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Based on the parties' submissions and supplemental briefing, we conclude that this appeal is now moot. *See, e.g.*, *Univ. of Texas v. Camenisch*, 451 U.S. 390, 398 (1981) (holding that "the question whether a preliminary injunction should have been issued . . . is moot . . . [where] the terms of the injunction . . . have been fully and irrevocably carried out."). The case is **remanded** to the district court for any further proceedings.